# In the United States District Court for the
## Eastern District of North Carolina
### Western Division

| | |
|---|---|
| Laura G **Johnson**,<br>Plaintiff,<br>vs.<br>Kilolo **Kijakazi**,<br>Acting Commisioner of Social Security,<br>Defendant. | Civil Action No. **5:17-CV-00548-FL** |

## ORDER

Upon consideration of Plaintiff's petition for attorney's fees pursuant to the Social Security Act, 42 U.S.C. § 406(b), and supporting records, it is ORDERED that

1. Plaintiff's attorney is awarded attorney's fees in the amount of $15,506.50.

2. Defendant shall pay said amount to Plaintiff's attorney with a reasonable time.

This the 31st day of May, 2022.

                                          Louise W. Flanagan
                                          United States District Judge